IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 6 200

CLERK, U.S. DISTRICT COURT

By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **3-09 CR  003-K** |
| v. | § § | No. |
| | § | |
| KRISTOFOR KELLEY (1) | § | |
| RONALD KELLEY (2) | § | |
| KEVIN HEITZ (3) | § | |
| JESSICA MOORE (4) | § | |

## INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii))

Beginning on or about a date unknown to the grand jury and continuing thereafter

until April 22, 2008, in the Dallas Division of the Northern District of Texas and

elsewhere, defendants, **Kristofor Kelley, Ronald Kelley, Kevin Heitz, and Jessica

Moore**, and others known and unknown to the grand jury, did knowingly and

intentionally combine, conspire, confederate, and agree to engage in conduct in violation

of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii), namely to manufacture, distribute, and

possess with intent to distribute 1,000 or more marijuana plants, a Schedule I controlled

substance.

In violation of 21 U.S.C. § 846.

**Indictment - Page 1**

A TRUE BILL

_____
FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY


JAY DEWALD
Assistant United States Attorney
Texas State Bar No. 24001990
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214.659.8600
Facsimile:    214.767.4913
E-mail:       jay.dewald@usdoj.gov

**Indictment - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**U.S. DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FILED**

JAN - 6 2009

CLERK, U.S. DISTRICT COURT

By _____
Deputy

THE UNITED STATES OF AMERICA

v.

**3-09 CR 003-K**

KRISTOFOR KELLEY (1)
RONALD KELLEY (2)
KEVIN HEITZ (3)
JESSICA MOORE (4)

## INDICTMENT

Conspiracy To Distribute a Controlled Substance
(21 U.S.C.§ 846; and 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii))

1  Count

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this _____6_____ day of January, A.D. 2009

Warrants to be issued for all defendants

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

No Magistrate Complaint Pending

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| Related Case Information |
| --- |

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number:

**1. Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

Yes ☒ No

Defendant Name    **KRISTOFOR KELLEY**

Alias Name    _____

Address    _____

_____

FORT WORTH

County in which offense was committed: _____

RECEIVED

JAN - 6 200▓

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**2. U.S. Attorney Information**

**JAY DEWALD**    Bar # **TX 24001990** _____

**3. Interpreter**

☐ Yes ☒ No    If Yes, list language and/or dialect: _____

**4. Location Status**

Arrest Date - **WARRANT TO BE ISSUED**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

**5. U.S.C. Citations**

Total # of Counts as to This Defendant: **1**    ☐ Petty  ☐ Misdemeanor  ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C.§ 846;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii)) | Conspiracy To Distribute a Controlled Substance | 1 |

Date    December 30, 2008 _____

Signature of AUSA: _____

JAY DEWALD

ORIGINAL

*Criminal Case Cover Sheet*

3-09 CR 003-K

Revised 3/5/98

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

RECEIVED

JAN - 6 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

1.   **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

Yes    ☒ No

Defendant Name _____   **RONALD KELLEY** _____

Alias Name _____

Address _____

County in which offense was committed:   FORT WORTH

2.   **U.S. Attorney Information**

**JAY DEWALD**   Bar # **TX 24001990** _____

3.   **Interpreter**

☐ Yes   ☒ No   If Yes, list language and/or dialect: _____

4.   **Location Status**

Arrest Date - **WARRANT TO BE ISSUED**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.   **U.S.C. Citations**

Total # of Counts as to This Defendant: **1**    ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846;<br>21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii)) | Conspiracy To Distribute a Controlled Substance | 1 |

Date ___December 30, 2008_____

Signature of AUSA: _____
JAY DEWALD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No  If Yes, number: _____

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number: _____

1.  **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

Yes ☒ No

Defendant Name _____ **KEVIN HEITZ**

Alias Name _____

Address _____

RECEIVED

JAN - 6 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FORT WORTH

County in which offense was committed: _____

2.  **U.S. Attorney Information**

**JAY DEWALD**                    Bar # **TX 24001990** _____

3.  **Interpreter**

☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4.  **Location Status**

Arrest Date - **WARRANT TO BE ISSUED**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5.  **U.S.C. Citations**

Total # of Counts as to This Defendant: **1**   ☐ Petty   ☐ Misdemeanor   ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
| --- | --- | --- |
| 21 U.S.C.§ 846; | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii)) | | |

Date _____ December 30, 2008 _____

Signature of AUSA: _____

JAY DEWALD

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No    New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number _____

R 20 from District of _____

Magistrate Case Number:

1. **Defendant Information**

Juvenile: ☐ Yes ☒ No

If Yes, Matter to be sealed:

    Yes    ☒ No

Defendant Name     **JESSICA MOORE**

Alias Name

Address

County in which offense was committed:    **FORT WORTH**

**RECEIVED**

JAN - 6 2009

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

2. **U.S. Attorney Information**

**JAY DEWALD**        Bar # **TX 24001990** _____

3. **Interpreter**

☐ Yes   ☒ No    If Yes, list language and/or dialect: _____

4. **Location Status**

Arrest Date - **WARRANT TO BE ISSUED**

☐ Already in Federal Custody
☐ Already in State Custody
☐ On Pretrial Release

5. **U.S.C. Citations**

Total # of Counts as to This Defendant: **1**     ☐ Petty    ☐ Misdemeanor    ☒ Felony

| Citation | Description of Offense Charged | Count(s) |
|---|---|---|
| 21 U.S.C.§ 846; | Conspiracy To Distribute a Controlled Substance | 1 |
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vii)) | | |

December 30, 2008

Date _____

Signature of AUSA: _____

JAY DEWALD